A. Melissa Johnson (SBN 187455)
JOHNSON HEEDER LLP
2727 Camino del Rio South, Suite 140
San Diego, California 92108
(619) 233-1313

Attorneys for Plaintiff, Francisco Enriquez

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## LOS ANGELES, CALIFORNIA

| | |
|---|---|
| FRANCISCO ENRIQUEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GENE DODARO, Comptroller General of the United States, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No:   2:21-cv-04009-PA (AGR) <br><br> **PLAINTIFF'S RESPONSE TO OSC RE SERVICE AND REQUEST FOR ADDITIONAL TIME TO SERVE** |

The undersigned, counsel of record for FRANCISCO ENRIQUEZ, certifies the following good cause why this action should not be dismissed and requests additional time to serve.

1. The complaint in this matter was filed on May 12, 2021.
2. I received the court issued summons on May 13, 2021.

1

Plaintiff's Response to OSC Re Service and Request for Additional Time to Serve

2. On made May 28, 2021 my office retained the services of ABC Legal in Washington DC to serve the summons, complaint and accompanying documents on Gene Dodaro, Comptroller General of the United States.

3. On May 27 and 28, 2021 my assistant attempted to contact the Comptroller's office by telephone to ascertain if there would be any COVID-related issues for service of process. Her efforts were unsuccessful.

4. On June 1, 2021 I sent an email to the general information email box of the Comptroller's office requesting information on where service could be effectuated. I received a reply that my email was "forwarded to appropriate office." (See Exhibit A) I never received any further response to my inquiry and I directed ABD Legal to attempt service at 441 G St., NW Washington DC.

5. Service was attempted on June 3 and 4, 2021. Service was unsuccessful.

6. On June 8, 2021 I received a Declaration of Non Service dated June 6, 2021. After I reviewed the document, it seemed apparent to me that the process server was attempting service at the wrong address – a residence, not the Office of the Comptroller General of the United States. (See Exhibit B)

7. My assistant contacted ABC Legal to ascertain the address where service was attempted and learned that the process server had attempted to serve Mr. Dodaro at **411** G St., NW, Washington DC, instead if **441** G St., NW, Washington DC. I had my assistant communicate the correct address to ABC Legal and she instructed them to serve at the correct address.

8. Service attempted at the correct address on June 9, 2021. Per process server: "No access to subject's door - secured building: waited. Contact person on serve not answering the phone several attempts made." Apparently, the door was locked and the process server was unable to enter the building to serve the Summons, Complaint and other documents. The process server tried to call the number on the door, but there was no answer. ABC Legal called again on June 14, 2021, but there was no answer.

9. On June 18, 2021 my assistant spoke with ABC Legal and she was informed that the Comptroller's office is closed/locked due to COVID, but they would investigate how to serve the Comptroller and call back if they find additional information. ABC Legal also sent a Declaration of Non Service dated June 14, 2021, and three photos of the front of the Comptroller's office. See Exhibits C and D.

10. ABC Legal was not able to identify a method by which it could serve the Comptroller, and on July 2, 2021 I asked my assistant to have ABC stop their service efforts, and I directed her to contact the US Marshal's Office to ascertain what we must do for it to effectuate service on the Comptroller.

11. On July 23, 2021 my office sent the Summons, Complaint and other documents for service to US Marshal's office requesting that it effectuate service on Mr. Dodaro. See Exhibit E.

12. On August 10, 2021 I received a return correspondence from US Marshal's office dated August 5, 2021 directing my office to send our service documents to the Marshal's Office, Central District in Los Angeles. (See Exhibit F)

13. My office is located in San Diego and most of our cases are in the San Diego Superior Court, and a few in the Southern District of California. Accordingly, my assistant contacted the Marshal's office in the Southern District, without a thought that this matter is situated in the Central District of California, and we sent documents for service to the Marshal's Office in San Diego. I did not realize this mistake until I received the return letter from the Marshal's Office in San Diego.

14. On August 12, 2021 I re-sent the documents for service to the Marshals office – this time to the Central District in Los Angeles. (See Exhibit G) We are currently awaiting service by the US Marshal.

///
///
///

15. Fed. R. Civ. P. 4(m) states, in pertinent part:

If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant **or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.**

16. Plaintiff respectfully requests that this matter <u>not</u> be dismissed, and the court extend the time for service because:

a) counsel has made diligent efforts to serve the defendant in this matter, and but for COVID causing the Government Accountability Office (GAO) to close, defendant would have been served in June 2021; and

b) dismissal, even without prejudice, might cause plaintiff's claims to be time barred. Plaintiff is an employee of the GAO and he alleges disability discrimination in violation of the Rehabilitation Act of 1973. Plaintiff had 90 days to file a civil action in U.S. district court after receiving the agency's final decision, which was issued on February 12, 2021. As such, plaintiff had until May 13, 2021 to file his complaint. Plaintiff timely filed his complaint, but if he must refile, the time within which plaintiff must file a complaint has passed.

JOHNSON HEEDER LLP

DATED: August 19, 2021

By: A. Melissa Johnson
Attorneys for Plaintiff, Francisco Enriquez

4

**Plaintiff's Response to OSC Re Service and Request for Additional Time to Serve**

| | |
|---|---|
| From: | GAO Webmaster |
| To: | Melissa Johnson |
| Subject: | RE: Enriquez v. Dodaro |
| Date: | Tuesday, June 1, 2021 11:44:14 AM |
| Attachments: | image003.png |
| | image004.png |

Hello,

Your message has been forwarded to the appropriate office.

Thank you for contacting the U.S. Government Accountability Office.

GAO Webmaster

**From:** Melissa Johnson <Melissa@johnsonheeder.com>
**Sent:** Tuesday, June 1, 2021 2:37 PM
**To:** Contact <Contact@gao.gov>
**Cc:** Letty Barragan <letty@johnsonheeder.com>
**Subject:** Enriquez v. Dodaro
**Importance:** High

> CAUTION EXTERNAL EMAIL: Do not click on any links or open any attachments unless you trust the sender and/or know the content is safe. If you are suspicious of the e-mail, click on the Report Suspicious Emails button.

Our office must serve a complaint filed the Central District of California (Case No: 2:21-cv-04009-PA (AGR)) against Gene Dodaro, as Controller General of the United States.

Where (what physical address) shall we serve the Summons and Complaint to effectuate service on Mr. Dodaro?

Thank you in advance for your assistance.

Best regards,


Working for Working People

A. Melissa Johnson
**Partner**

Email: melissa@johnsonheeder.com
Phone: 619-233-1313 x108

2727 Camino del Rio S., Suite 140
San Diego, CA 92108
www.johnsonheeder.com

**EXHIBIT A-1**

Executive Board, California Employment Lawyers Association
Vice President, San Diego County Bar Association
Commissioner, County of San Diego Civil Service Commission

**EXHIBIT A-2**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): <br> Johnson Heeder LLP <br> 2727 Camino del Rio South, Suite 140 <br> San Diego, CA 92108 <br> TELEPHONE NO.: 619-233-1313   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): FRANCISCO ENRIQUEZ, AN INDIVIDUAL | FOR COURT USE ONLY |
|---|---|
| United States District Court, Central District of California <br> STREET ADDRESS: 312 North Spring St. <br> MAILING ADDRESS: 312 North Spring St. <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: FRANCISCO ENRIQUEZ, AN INDIVIDUAL | CASE NUMBER: |
| DEFENDANT/RESPONDENT: GENE DODARO, COMPTROLLER GENERAL OF THE UNITED STATES | 2:21-cv-04009-PA-AGR |
| DECLARATION OF NON SERVICE | Ref. No. or File No.: <br> REF-8149569 |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
SUMMONS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION; ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION; ADA DISABILITY ACCESS LITIGATION: [PROPOSED] ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION; STANDING ORDER; COMPLAINT FOR DAMAGES

I attempted to serve    Gene Dodero, Comptroller General of the United States
at the address of        441 G St., NW, Washington, DC 20548

and was unable to effect service for the following reasons:

6/3/2021 11:36 AM: Per DERRICK A HILL... Residency uncertain: call/mail box lists another. He receive by order, his cell 2025125893

6/4/2021 3:33 PM: Per SECURITY PERSON ; subject resides but not available at this time. Residency indicated by on-site worker says subject resides. He confirm MR Derrick is the worker for Ms Gene And told She is out of USA and he is the person take care for her

Fee for service: $ 75.00

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

Roberto Jimenez
1204 S Washington St 412, Alexandria, VA 22314
540-429-5252
, #

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  06/06/2021

_____        _____
Roberto Jimenez                              (SIGNATURE OF DECLARANT)
(PRINTED NAME OF DECLARANT)

BY FAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Johnson Heeder LLP<br>2727 Camino del Rio South, Suite 140<br>San Diego, CA 92108<br>TELEPHONE NO.: 619-233-1313   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): FRANCISCO ENRIQUEZ, AN INDIVIDUAL | |

United States District Court, Central District of California
STREET ADDRESS: 312 North Spring St.
MAILING ADDRESS: 312 North Spring St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME:

| PLAINTIFF/PETITIONER: FRANCISCO ENRIQUEZ, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GENE DODARO, COMPTROLLER GENERAL OF THE UNITED STATES | 2:21-cv-04009-PA-AGR |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>REF-8149569 |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
SUMMONS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION; ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION; ADA DISABILITY ACCESS LITIGATION: [PROPOSED] ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION; STANDING ORDER; COMPLAINT FOR DAMAGES

I attempted to serve    Gene Dodero, Comptroller General of the United States
at the address of       441 G St NW, Washington, DC 20548

and was unable to effect service for the following reasons:
6/9/2021 10:15 AM: No access to subject's door - secured building: waited. See attached notice. Contact person on serve not answering the phone several attempts made.
6/14/2021 12:12 PM: Phone attempt per customer
6/14/2021 12:12 PM: Attempt via phone number 2025125893 no answer. no voicemail came on. phone attempt per customer.
6/14/2021 12:12 PM: Attempt via phone per customer request. Attempt no answer or voicemail came on.

Fee for service: $ 75.00

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

Tyrone Lawrence Thomas
9142 Edmonston CT 204, Greenbelt, MD 20770
202-604-4368
, #

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 06/14/2021

Tyrone Lawrence Thomas
(PRINTED NAME OF DECLARANT)

*Tyrone Lawrence Thomas*
(SIGNATURE OF DECLARANT)

BY FAX

EXHIBIT C



**EXHIBIT D - 1**



**EXHIBIT D - 2**

**DO NOT OPEN DOOR!**
IF YOU NEED TO ENTER/EXIT YOU MUST CONTACT THE SECURITY OPERATIONS CENTER AT 201-512-4292

EXHIBIT D - 3



2727 Camino del Rio South • Suite 140 • San Diego, CA 92108
(619) 233-1313 telephone • www.thespencerlawfirm.com

A. Melissa Johnson
Nicole Heeder
Thomas J. McCammon (ret.)
Marilynn Mika Spencer

July 23, 2021

US Marshall
333 West Broadway, Suite 100
San Diego, CA 92101

Re:   *Enriquez v. Dodaro*
      *Employment with US Government Accountability Office (GAO)*

Dear US Marshall

Enclosed are the following documents for service on Gene Dodaro, Comptroller of the United States:

1. Summons
2. Notice of Case Assignment
3. Complaint for Damages
4. Civil Cover Sheet
5. Standing Order
6. Notice To Parties Of Court-Directed ADR Program
7. Notice To Parties: Court Policy On Settlement and Use of Alternative Dispute Resolution
8. Notice To Parties: ADR Disability Access Litigation
9. ADA Access Litigation Application For Stay and Early Mediation

Also enclosed are check number 1039 in the amount of $8 for the forwarding fee and check number 1040 not to exceed $150 for service.

Please contact me immediately if you have questions or concerns.

Sincerely,

JOHNSON HEEDER LLP

/ *A. Melissa Johnson*

A. Melissa Johnson

1

**EXHIBIT E**

DATE: 8/5/2021

To: A. Melissa Johnson

From: M. Addison/ US Marshal Civil Clerk

Re: 2:21-cv-04009 Francisco Enriquez VS Gene Dodaro

Ms. Johnson,

Good Afternoon. Please be advised that we are returning the documents unexecuted as they originated in the United States District Court of Central District of CA. We would not be the office to continue the process; that would be in the C/CA courts:

Please send the completed package to:

U.S. Marshals Service

Central District of CA

350 W. First Street, STE. 3001

Los Angeles, CA 90012

Attn: Civil

**EXHIBIT F - 1**

# JOHNSONHEEDER

2727 Camino del Rio South • Suite 140 • San Diego, CA 92108
(619) 233-1313 telephone • www.thespencerlawfirm.com

RECEIVED
2021 JUL 28 PM 2:51

A. Melissa Johnson
Nicole Heeder
Thomas J. McCammon (ret.)
Marilynn Mika Spencer

July 23, 2021

US Marshall
333 West Broadway, Suite 100
San Diego, CA 92101

Re:   *Enriquez v. Dodaro*
      *Employment with US Government Accountability Office (GAO)*

Dear US Marshall

Enclosed are the following documents for service on Gene Dodaro, Comptroller of the United States:

1. Summons
2. Notice of Case Assignment
3. Complaint for Damages
4. Civil Cover Sheet
5. Standing Order
6. Notice To Parties Of Court-Directed ADR Program
7. Notice To Parties: Court Policy On Settlement and Use of Alternative Dispute Resolution
8. Notice To Parties: ADR Disability Access Litigation
9. ADA Access Litigation Application For Stay and Early Mediation

Also enclosed are check number 1039 in the amount of $8 for the forwarding fee and check number 1040 not to exceed $150 for service.

Please contact me immediately if you have questions or concerns.

Sincerely,

JOHNSON HEEDER LLP

/ A. Melissa Johnson

A. Melissa Johnson

1

**EXHIBIT F - 2**



2727 Camino del Rio South • Suite 140 • San Diego, CA 92108
(619) 233-1313 telephone • www.thespencerlawfirm.com

A. Melissa Johnson
Nicole Heeder
Thomas J. McCammon (ret.)
Marilynn Mika Spencer

August 12, 2021

US Marshall
Central District of CA
350 West First Street, Suite 3001
Los Angeles, CA 90012

Re:   *Enriquez v. Dodaro*
      *Employment with US Government Accountability Office (GAO)*

Dear US Marshall:

Enclosed are the following documents for service on Gene Dodaro, Comptroller of the United States:

1. Summons
2. Notice of Case Assignment
3. Complaint for Damages
4. Civil Cover Sheet
5. Standing Order
6. Notice To Parties Of Court-Directed ADR Program
7. Notice To Parties: Court Policy On Settlement and Use of Alternative Dispute Resolution
8. Notice To Parties: ADR Disability Access Litigation
9. ADA Access Litigation Application For Stay and Early Mediation

Also enclosed are check number 1039 in the amount of $8 for the forwarding fee and check number 1040 not to exceed $150 for service.

Please contact me immediately if you have questions or concerns.

Sincerely,

JOHNSON HEEDER LLP

/ *A. Melissa Johnson*

A. Melissa Johnson

1

**EXHIBIT G**