JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ENRIQUEZ, | CV 21-4009 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GENE DODARO, COMPTROLLER GENERAL OF THE UNITED STATES, | |
| Defendant. | |

Pursuant to the Court's November 21, 2022 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 21, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE